ACCEPTED
03-15-00349-CV
7270543
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/7/2015 1:29:24 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-15-00349-CV

_____

## IN THE COURT OF APPEALS
## FOR THE THIRD JUDICIAL DISTRICT
## AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/7/2015 1:29:24 PM
JEFFREY D. KYLE
Clerk

_____

## Shamrock Psychiatric Clinic, P.S.
## Appellant,

## v.

## Texas Department of Health and Human Services; Chris Traylor, Executive Commissioner; and Stuart Bowen, Inspector General, Appellees.

_____

## On Appeal from Cause No. D-1-GN-14-001833; 126th Judicial District Court of Travis County, Texas, Honorable Judge Orlinda Naranjo Presiding.

_____

## APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

_____

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

Appellees respectfully request an extension of time, or until Friday, October 30, 2015, in which to file their brief in the captioned appeal. In support, Appellees would show the Court as follows:

1. Appellees' brief is currently due on October 9, 2015. No previous extensions have been requested or granted.

1

2.      Appellees are in need of a brief extension of time because their counsel has been preparing for oral argument before this court in Case No. 03-15-00226-CV, *Linda Puglisi v. Texas Health and Human Services Commission*, on October 7, 2015.

3.      Also, Counsel has expended a considerable amount of time and effort researching, drafting, and filing our final trial briefs on September 28, 2015 in *LMV-AL, LLC v. Texas Department of Aging and Disability Services*, Cause D1-GN-15-001219, In the 98th Judicial District Court, Travis County, Texas.

3.      Additionally, Counsel has expended a considerable amount of time and effort responding to discovery requests on an accelerated discovery timetable, conducting multiple depositions, and preparing for and attending several injunction hearings in August and September in Cause No. D-1-GN-15-003213, *Diana D. v. Texas Health and Human Services Commission, et al.*; 201st District Court, Travis County.

4.      This motion is not interposed for the purpose of delay, but only to allow Appellees' counsel to adequately prepare and file their brief.

5.      Appellant's counsel has stated that he does not oppose this request.

Appellees therefore respectfully request an extension of time to and including Friday, October 30, 2015 in which to file and serve their brief in the above captioned appeal.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

 */s/ Eugene A. Clayborn*
EUGENE A. CLAYBORN
State Bar No.: 00785767
Assistant Attorney General
Deputy Chief, Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone:  (512) 475-3204
Facsimile:   (512) 320-0167
eugene.clayborn@ texasattorneygeneral.gov

*Attorneys for Appellees*

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted Jason Ray, opposing counsel for Appellant, on October 7, 2015 and that Attorney Ray stated that Appellant does not oppose Appellees' Motion for Extension of Time to File Brief.

 */s/ Eugene A. Clayborn*
EUGENE A. CLAYBORN, AAG

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on this the 7th day of October, 2015 on the following:

Jason Ray
State Bar No.: 24000511
Jennifer S. Riggs
State Bar No. 16922300
Eugene Franklin Hopkins IV
State Bar No. 24059968
RIGGS ALESHIRE & RAY, P.C.
RIGGS & RAY, P.C.
506 West 14th Street, Suite A
Austin, Texas 78701
512 457-9806
512 457-9066 – Facsimile
jray@r-alaw.com
jriggs@r-alaw.com

**Via:** *Electronic Service*

*Attorneys for Appellant*

*/s/ Eugene A. Clayborn*
EUGENE A. CLAYBORN, AAG

4